UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------
DAWOOD ALZANAM,

                                            **NOTICE OF MOTION**

                    PLAINTIFF,

    AGAINST                                **Civil Action No.:  1:22-cv-01017 (DNH/CFH)**

CITY OF KINGSTON, CITY OF KINGSTON POLICE
DEPARTMENT, POLICE OFFICER TRAVIS WILBER
And POLICE OFFICER DYLAN JOSLIN-PETER,

                    DEFENDANTS.
---------------------------------------------------------------------------

| | |
|---|---|
| Motion By: | Michael T. Cook, Esq.<br>Cook, Kurtz & Murphy, P.C.<br>Federal Bar Roll No.: 512241 |
| Time and Place of Hearing: | December 23, at 10:00 a.m.<br>before District Judge David N. Hurd<br>to be held at the United States District<br>Courthouse in Albany, New York. |
| Relief and Basis: | An Order pursuant to F.R.C.P. 12(b)(6) for failure to state a claim for which relief can be granted and such other and further relief as the Court deems just and proper. |