UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWOOD ALZANAM,<br><br>         Plaintiff,<br><br> -against-<br><br>CITY OF KINGSTON, CITY OF KINGSTON POLICE DEPARTMENT, POLICE OFFICER TRAVIS WILBER, and POLICE OFFICER DYLAN JOSLIN-PETER,<br><br>         Defendants. | Case No.: 1:22-cv-01017<br><br>**STIPULATION OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED,** that a copy of this Stipulation shall be treated as an original for all purposes and may be filed without further notice with the Clerk of the Court and an order to that effect may be entered without further notice.

Dated: Kingston, New York
    December 2, 2022

| | |
|---|---|
| **FRIEDMAN, LEVY, GOLDFARB & GREEN, P.C.** | **COOK, KURTZ & MURPHY, P.C.** |
| By: _[signature]_<br>Michael D. Ricchiuto, Esq.<br>*Attorneys for Plaintiffs*<br>250 West 57th Street – Suite 1619<br>New York, New York 10107 | By: _Michael T. Cook_<br>Michael T. Cook, Esq.<br>*Attorneys for Defendants*<br>CITY OF KINGSTON, CITY OF KINGSTON POLICE |

(212) 307-5800  
mricchiuto@friedmanlevy.com

DEPARTMENT, POLICE OFFICER  
TRAVIS WILBER, and POLICE  
OFFICER DYLAN JOSLIN-PETER  
85 Main Street  
P.O. Box 3939  
Kingston, New York 12402  
(845) 331-0702  
mcook@cookfirm.com

IT IS SO ORDERED:

_____  
David N. Hurd  
U.S. District Judge

Dated: December 2, 2022